No. 4220.—CAYUGA LINEN & COTTON MILLS, INC., aplte. v. CRÉDITO Y AHORRO PONCEÑO, apldo.—

No. 4344.— PONTÓN GONZÁLEZ, aplte., v. ROMÁN, apldo.— C. D. San Juan. Junio 4, 1928. Desestimados los recursos por abandono, no habiendo comparecido los apelantes a la audiencia acordada en mayo 16, próximo pasado, para que mostraran causa si tuvieren alguna para no desestimar la apelación interpuesta en estos casos.

No. 4430.—BONNAR, aplte., v. GALLARDO, TESORERO DE P. R., apldo.—C. D. San Juan.

No. 4243.—COLLS, aplte., v. DELGADO, apldo.—C. D. San Juan.

No. 4427.—BAUZÁ HERMANOS, apltes., v. SANTIAGO ET AL., apldos.—C. D. Ponce.

No. 4017.—CORDERO, aplte., v. COMISIÓN HÍPICA, aplda.— C. D. San Juan.

No. 4266.—LAMELA, peticionario-aplte., y EL PUEBLO, opositor-apldo.—C. D. Arecibo.

No. 4192.—COLLADO, aplte., v. PORTO RICAN & AM. INSURANCE Co., aplda.—C. D. San Juan.

No. 4208.—FLORIT, aplda., v. ARCELAY, aplte.—C. D. San Juan.

No. 4209.—FLORIT, aplda., v. ARCELAY, aplte.—C. D. San Juan. Junio 4, 1928. Celebrada en los 8 anteriores casos el 4 de junio, 1928, la audiencia acordada por el tribunal a fin de que el apelante en cada caso mostrara causa, si alguna tenía, por qué no debía desestimarse la apelación; no habiendo comparecido dichos apelantes a pesar de haber sido notificados, se desestimaron los recursos por abandono.